1 | BRIAN J. STRETCH (CABN 16373)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | THOMAS A. COLTHURST  (CABN 99493)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7223

7 | FAX: (415) 436-7234
tom.colthurst@usdoj.gov

8

Attorneys for United States of America

9

**FILED**

SEP 2 8 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

UNITED STATES OF AMERICA,                    )    NO.  95-CR-00457-EXE
                                             )
14                                           )    NOTICE OF DISMISSAL
       Plaintiff,                            )
15                                           )
   v.                                        )
16                                           )
MARTHA SUAREZ-DURAN,                         )
17                                           )
       Defendant.                            )
18                                           )
                                             )
19                                           )
                                             )

20

21

22

23 | With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24 | States Attorney for the Northern District of California dismisses the above indictment as to the

25 | following defendant (and only this defendant), and moves that the Court quash the arrest warrant

26 | ////

27 | ////

28 | ////

NOTICE OF DISMISSAL
Case No. 95-cr-00457-EXE

1 | for this defendants issued in connection with this case:  Martha Suarez-Duran (defendant 6).

2 | DATED: September 25, 2017                    Respectfully submitted,

3 |                                              BRIAN J. STRETCH
                                                 United States Attorney

4 |

5 |                                              BARBARA J. VALLIERE

6 |                                              Chief, Criminal Division

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF DISMISSAL
Case No. 95-cr-00457-EXE

ORDER

Leave is granted to the government to dismiss the indictment as to the following defendant: Martha Suarez-Duran (defendant 6).  It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: 9\28\17

THE HONORABLE EDWARD M. CHEN
United States District Judge

NOTICE OF DISMISSAL
Case No. 95-cr-00457-EXE